**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1619

JULIET WRIGHT,

              Plaintiff - Appellant,

     v.

WILLIAMSBURG AREA MEDICAL ASSISTANCE CORPORATION (WAMAC),
a/k/a Olde Towne Medical Center,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
Chief District Judge.  (4:12-cv-00152-RBS-LRL)

Submitted:  October 28, 2014      Decided:  November 5, 2014

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Juliet Wright, Appellant Pro Se.  Lola Rodriguez Perkins, OFFICE
OF THE CITY ATTORNEY, Hampton, Virginia; Leo Paul Rogers, Jr.,
JAMES CITY COUNTY ATTORNEY, Williamsburg, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juliet Wright appeals the district court's order accepting the recommendation of the magistrate judge and granting Appellee's motion to dismiss Wright's disability discrimination and retaliation claims brought under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wright v. Williamsburg Area Med. Assistance Corp., No. 4:12-cv-00152-RBS-LRL (E.D. Va. Mar. 18, 2014). We deny Wright's motions for appointment of counsel and for judicial notice of documents not included in the district court record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED